# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS

* * * * * * * * * * * * * * * * * * * * * * *
MATTHEW GORSKI,            *

                           *        No. 13-224V

             Petitioner,      *        Special Master Christian J. Moran

                           *

v.                          *        Filed: January 22, 2014

                           *

SECRETARY OF HEALTH      *        Damages; decision based on proffer;
AND HUMAN SERVICES,      *        influenza vaccination; radial nerve

                           *        injury.

            Respondent.     *
* * * * * * * * * * * * * * * * * * * * * * *

Anne Carrion Toale, Maglio Christopher and Toale, Sarasota, FL, for Petitioner;
Ann Donohue Martin, U.S. Department of Justice, Washington, DC, for Respondent.

## UNPUBLISHED DECISION AWARDING DAMAGES[1]

       On March 29, 2013, Matthew Gorski filed a petition seeking compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §§ 300aa-1 et seq., alleging that the influenza ("flu") vaccine that he received on October 22, 2010, caused him to suffer a radial nerve injury. On October 28, 2013, the undersigned found that Mr. Gorski is entitled to compensation under the Vaccine Act. See Decision, issued Oct. 28, 2013.

       On January 3, 2014, respondent filed a Proffer on Award of Compensation, which petitioner agrees to. Based upon the record as a whole, the special master finds the proffer reasonable and that petitioner is entitled to an award as stated in the proffer, attached hereto as "Appendix A." The court awards petitioner:

---

[1] The E-Government Act of 2002, Pub. L. No. 107-347, 116 Stat. 2899, 2913 (Dec. 17, 2002), requires that the Court post this decision on its website. Pursuant to Vaccine Rule 18(b), the parties have 14 days to file a motion proposing redaction of medical information or other information described in 42 U.S.C. § 300aa-12(d)(4). Any redactions ordered by the special master will appear in the document posted on the website.

**A lump sum payment of $100,000.00 in the form of a check payable to petitioner, Matthew Gorski. This amount represents compensation for all damages that would be available under 42 U.S.C. §300aa-l 5(a).**

In the absence of a motion for review filed pursuant to RCFC Appendix B, the clerk of the court is directed to enter judgment herewith.

Any questions may be directed to my law clerk, Mary Holmes, at (202) 357-6353.

**IT IS SO ORDERED.**

<u>s/Christian J. Moran</u>
Christian J. Moran
Special Master

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**OFFICE OF SPECIAL MASTERS**

_____

MATTHEW GORSKI,             )

                Petitioner,      )

                     )     No. 13-224V

       v.             )     Special Master Moran

                     )     ECF

SECRETARY OF HEALTH AND   )

HUMAN SERVICES,         )

                     )

          Respondent.    )

_____)

**RESPONDENT'S PROFFER ON AWARD OF COMPENSATION**

**I.      Items of Compensation**

Based upon the evidence of record, respondent proffers that petitioner should be awarded

$100,000.00, which represents all elements of compensation to which petitioner would be

entitled under 42 U.S.C. § 300aa-15(a).  Petitioner agrees.

**II.     Form of the Award**

The parties recommend that the compensation provided to petitioner should be made

through a lump sum payment of $100,000.00 in the form of a check payable to petitioner.

Petitioner agrees.

                                Respectfully submitted,

                                STUART F. DELERY
                                Assistant Attorney General

                                RUPA BHATTACHARYYA
                                Director
                                Torts Branch, Civil Division

                                VINCENT J. MATANOSKI
                                Deputy Director
                                Torts Branch, Civil Division

2

LINDA S. RENZI
Senior Trial Counsel
Torts Branch, Civil Division

s/ ANN D. MARTIN
ANN D. MARTIN
Senior Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, D.C.  20044-0146
Tel.: (202) 307-1815

DATED:  January 3, 2014